SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 14480)
jrbrooks@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas  75201
Telephone:  (469) 608-6730

CLARK HILL, PLLC
Gia N. Marina, Nevada Bar No. 15276
gmarina@clarkhill.com
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KHANH NGOC KENNY TRAN,<br><br>                  Plaintiff,<br><br>        v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>                  Defendant. | Case No.: 2:25-cv-02201-JCM-DJA |

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER – FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 10, 2025 through and including December 31, 2025. Plaintiff and Equifax are actively engaged in settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

SEYFARTH SHAW LLP
Attorneys at Law
Dallas

322169255v.1

| | | |
|---|---|---|
| 1 | Dated: December 8, 2025 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |
| 4 | | By: */s/Jennifer R. Brooks* |
| 5 | | Jennifer R. Brooks, Bar No. 14480 |
| | | jrbrooks@seyfarth.com |
| 6 | | SEYFARTH SHAW LLP |
| | | 2323 Ross Avenue, Suite 1660 |
| 7 | | Dallas, Texas 75201 |
| | | Telephone: (469) 608-6730 |
| 8 | | *Counsel for Defendant* |
| 9 | | *Equifax Information Services LLC* |
| 10 | Dated: December 8, 2025 | Agreed & Consented to: |
| 11 | | CONSUMER JUSTICE LAW FIRM PLC |
| 13 | | By: */s/Michael Yancey III* |
| 14 | | Michael Yancey III, Bar No. 16158 |
| | | myancey@consumerjustice.com |
| 15 | | CONSUMER JUSTICE LAW FIRM PLC |
| | | 2300 West Sahara Avenue Suite 800 |
| 16 | | Las Vegas, Nevada 89102 |
| | | Telephone: (480) 573-9272 |
| 17 | | *Counsel for Plaintiff* |
| 18 | | *Khanh Ngoc Kenny Tran* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 12/9/2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, I presented the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER – FIRST REQUEST with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

SEYFARTH SHAW LLP
Attorneys at Law
Dallas

322169255v.1