Michael Yancey III, NV Bar No. 16158
**CONSUMER JUSTICE LAW FIRM PLC**
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (480) 613-7733
Email: myancey@consumerjustice.com

Consumer Justice Law Firm
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorneys for*
*Khanh NGOC Kenny Tran*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KHANH NGOC KENNY TRAN, | Case No.: 2:25-cv-02201-JCM-DJA |
| Plaintiff, | Honorable James C. Mahan |
| v. | Honorable Daniel J. Albregts |
| EQUIFAX INFORMATION SERVICES, LLC, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Khanh NGOC Kenny Tran ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax. Plaintiff and Defendant Equifax have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreement and release.

1

RESPECTFULLY SUBMITTED this 12th day of February 2026.

By: */s/ Michael Yancey*
Michael Yancey III, NV Bar No. 16158
**CONSUMER JUSTICE LAW FIRM PLC**
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (480) 613-7733
Email: myancey@consumerjustice.com

Consumer Justice Law Firm
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorneys for Plaintiff*
*Khanh NGOC Kenny Tran*

*/s/ Jennifer R. Brooks*
Jennifer R. Brooks, Bar No. 14480
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730

Gia N. Marina
CLARK HILL, PLLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: (702) 697-7541
Email: gmarina@clarkhill.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax only.

**IT IS SO ORDERED**

Dated: February 19, 2026

_____
HONORABLE JAMES C. MAHAN